UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| EMELITA HAWLEY, | ) | CASE NO. C08-1194-JCC |
|     Plaintiff, | ) | |
|     v. | ) | ORDER DISMISSING CASE |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
|     Defendant. | ) | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable James P. Donohue (Dkt. No. 20) and Plaintiff's Objections thereto (Dkt. No. 22). After carefully considering these papers and the balance of the record, the Court finds that Plaintiff's objections lack merit and need not be reexamined here as they have been fully and adequately addressed in the R&R. Accordingly, the Court does hereby find and ORDER:

(1) The Court adopts the R&R;

ORDER DISMISSING CASE
PAGE -1

(2) The complaint and this action are DISMISSED; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

DATED this 31st day of July, 2009.

_/s/ John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE